UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) ) Richard M. Langone ) ) ) TO BE ADMITTED TO THE UNITED STATES ) DISTRICT COURT FOR THE NORTHERN ) DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ____Richard M. Langone____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of : 01-CV-1891

IT IS SO ORDERED

Dated : **May 25, 2016**

_____
☒ U.S. District Judge
☐ U.S. Magistrate Judge